AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Black and Silver Motorola LG Cellular telephone
Serial Number 502MM318181-TCL-P40

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I____Steve Manley_____being duly sworn depose and say:

I am a(n)____Investigator with the Metropolitan Police Department, Major Narcotics Branch____and have reason to believe
           (Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

Black and Silver Motorola LG Cellular telephone
Serial Number 502MM318181-TCL-P40

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
See attached affidavit

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
See attached affidavit

concerning a violation of Title __21__ United States Code, Section(s) _841(a)(1)_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.        ☒ YES    ☐ NO

_____Avind K. Lal_____
Organized Crimes and Narcotics Trafficking Section   Signature of Affiant
(202) 353-8833                                       Steve Maney, Investigator,
                                                     Metropolitan Police Department
                                                     Major Narcotics Branch
Sworn to before me, and subscribed in my presence

                                                     at Washington, D.C.
_____
Date

_____   _____
Name and Title of Judicial Officer       Signature of Judicial Officer